UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR05-109M |
| ) | |
| Plaintiff, ) | |
| ) | ORDER DENYING |
| v. ) | JOINT MOTION TO EXTEND TIME |
| ) | TO FILE INFORMATION OR |
| TYRELL DOUGLASS HEAL, ) | INDICTMENT |
| ) | UNDER THE SPEEDY TRIAL ACT |
| Defendant. ) | |
| ) | |

One April 6, 2005 the parties to the above-captioned matter filed a Joint Motion to Extend Time to File Information or Indictment Under the Speedy Trial Act. Dkt. No. 9. The motion argued that granting a continuance would satisfy the "ends of justice" by providing the parties additional time to exchange discovery and negotiate a plea agreement. Dkt. No. 9. Negotiation of a plea agreement is not a factor sufficient for this Court to find that granting a continuance will satisfy the "ends of justice." *United States v. Alejandro Ramirez-Cortez*, 213 F.3d 1149, 1155-56 (9th Cir. 2000) (citing *United States v. Perez-Reveles*, 715 F.2d 1348, 1352 (9th Cir. 1983)). The parties motion is therefore DENIED.

PAGE -1

01      DATED this 7th day of April, 2005.

02                              /s/ James P. Donohue
03                              James P. Donohue
                                United States Magistrate Judge
04

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

PAGE -2